UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
VICOF II TRUST et al., :
 :
                              Plaintiffs, : **ORDER**
 :
                 v. : 20 Civ. 4256 (AKH)
 :
JOHN HANCOCK LIFE INSURANCE :
COMPANY (U.S.A.) and JOHN HANCOCK LIFE :
INSURANCE COMPANY OF NEW YORK, :
 :
                              Defendants. :
 :
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The Clerk of Court is respectfully directed to terminate the open motions (ECF Nos. 105, 106, 117, 122).

      SO ORDERED.

Dated:     October 3, 2022                /s/ Alvin K. Hellerstein
              New York, New York       ALVIN K. HELLERSTEIN
                                               United States District Judge